# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS TAYLOR,<br><br>          Plaintiff,<br><br>     v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>          Defendants. | Case No. EDCV 14-1190-AG (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.[1]

---

[1] On March 20, 2017, Plaintiff filed a "Request to Appeal This Court's Ruling in Doc. 85 - Denying Plaintiff's Request for Assistance of Counsel" (Dkt. 85), in which he objects to the orders denying the appointment of counsel and asks the Court to reconsider these rulings. Plaintiff's request for reconsideration is denied for the reasons set forth in the prior orders denying appointment of counsel. To the extent that Plaintiff seeks to appeal the denial of counsel, he should file an appeal with the Ninth Circuit.

IT IS ORDERED that: (1) Defendants' Motion for Summary Judgment is GRANTED; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: June 27, 2017

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE