# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS TAYLOR, | Case No. EDCV 14-1190-AG (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: June 27, 2017

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE